FILED
2020 Sep-03 PM 02:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **TONGELA KING,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO.** |
| ) | **5:19-CV-1259-CLS** |
| **HUNTSVILLE SENIOR SERVICES,** ) | |
| **LLC d/b/a REGENCY RETIREMENT** ) | |
| **VILLAGE** ) | |
| ) | |
| **Defendant.** ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Tongela King ("King") and Defendant, Huntsville Senior Services, LLC d/b/a Regency Retirement Village ("Defendant" and collectively with King "the Parties") through undersigned counsel and file this Joint Stipulation of Dismissal with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The Parties jointly stipulate to the dismissal of this matter, with each party to bear her or its own attorneys' fees and costs.

s/
Attorney for Defendant
dkarlson@bakerdonelson.com

s/
Attorney for Plaintiff
rcamp@wigginschilds.com